# Del Valle & Associates

Attorneys at Law
445 Park Avenue
New York, New York 10022
(212)481-1900

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/16/21

Telesforo Del Valle, Jr.

Michael J. Sluka
Lawrence D. Minasian

Lucas E. Andino
William Cerbone
Luis N. Colon
Hon. Robert A. Sackett
    of counsel

Email: tdvesq@aol.com

Fax. (212)481-4853

Leticia Silva
Legal Assistant

March 5, 2021

**MEMO ENDORSED**

The Honorable Kimba M. Wood
United States District Judge
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:    USA v. Nelson Alba
       18 Cr. 286 (KMW)

Dear Judge Wood:

Our office represented Mr. Nelson Alba in the above referenced matter.

On September 26, 2018, Mr. Alba was sentenced by your Honor to 21 months of imprisonment and 24 months of Supervised Release.

At the time Mr. Alba was released on bond, U. S. Pretrial Services took possession of his U.S. Passport and later transferred custody of the passport to the Department of State.

We respectfully request an Order for the Department of State to release to Mr. Nelson Alba's Passport.    ] Granted

Thank you you're your consideration to this matter.

Respectfully submitted,
/S/
Telesforo Del Valle Jr., Esq.
Attorney for Nelson Alba,
Defendant

Cc:    A.U.S.A. Timothy Capozzi, Esq.

SO ORDERED:    N.Y., N.Y.
3/15/21

_Kimba M. Wood_
KIMBA M. WOOD
U.S.D.J.